CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Ryan D. Fischbach (SBN 204406)
rfischbach@bakerlaw.com
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Attorneys for Defendant
Yard House USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br>v.<br><br>YARD HOUSE USA, INC., a Delaware Corporation,<br><br>    Defendants. | Case No.: 3:21-cv-04343-LHK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action should be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

Dated: January 10, 2022        CENTER FOR DISABILITY ACCESS


                                By:    /s/ Amanda Seabock
                                       Amanda Seabock
                                       Attorneys for Plaintiff

| | | |
|---|---|---|
| 1 | Dated: January 10, 2022 | BAKER & HOSTETLER LLP |
| 2 | | |
| 3 | | |
| 4 | | By:  /s/ Ryan D. Fischbach |
| 5 | | Ryan D. Fischbach |
| 6 | | Attorneys for Defendant Yard House USA, Inc. |

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Ryan D. Fischbach, counsel for Yard House USA, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: January 10, 2022         CENTER FOR DISABILITY ACCESS

                                By:    /s/ Amanda Seabock
                                       Amanda Seabock
                                       Attorneys for Plaintiff